IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0083

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

WES LEE WHITAKER,

      Defendant and Appellant.

## ORDER

Upon consideration of Appellant's motion for extension of time to file Appellant's reply brief and good cause appearing,

IT IS HEREBY ORDERED that Appellant is given an extension of time until February 26, 2024, to prepare, file, and serve the Appellant's reply brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 22 2024